MICHAEL J. STORTZ (State Bar No. 139386)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
VONAGE HOLDINGS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF RENNARD SNOWDEN IN SUPPORT OF NOTICE OF REMOVAL** |

I, RENNARD SNOWDEN, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am currently employed in the Executive Response Team as a Regulatory Supervisor for Vonage America Inc., a wholly-owned subsidiary of Defendant Vonage Holdings Corp. ("Vonage"). My job responsibilities include, but are not limited to, interfacing with customers concerning the management of their accounts. In conjunction with those responsibilities, I routinely review customer account information.

2.     I submit this Declaration in support of Vonage's Notice of Removal, which removes to the United States District Court for the Northern District of California the action commenced in the Superior Court of the State of California for the County of Alameda under the caption *Eric Terrell v. Vonage Holdings Corporation* and docket number RG07337278.

3.     Plaintiff Eric Terrell is an individual who subscribed to Vonage's service and maintained a California billing address with Vonage. Plaintiff remains, as of this

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DECLARATION OF RENNARD SNOWDEN IN SUPPORT OF NOTICE OF REMOVAL    CASE NO.

1    date, a Vonage customer.

2         4.     Vonage is incorporated under the laws of Delaware and has its principal

3    place of business in New Jersey.

4         5.     From March 13, 2003 through the present, Vonage has activated service for

5    more than 300,000 subscribers with billing addresses in the state of California. Of the

6    subscribers in California, whether through a certain service plan or by special promotion,

7    at least 225,000 customers received one month or more of Vonage service for free.

8         6.     It is my understanding that Plaintiff seeks to recover damages arising from

9    Vonage's one month (or more) free promotion for each member of the putative class.

10   Over the past several years, Vonage has offered one or more months of free service to

11   new subscribers who sign up via specific promotions or service plans, including our

12   $24.99 unlimited residential service plan.

13        7.     It is also my understanding that Plaintiff seeks an award of damages,

14   restitution, disgorgement, attorneys' fees and costs and disbursements as well as

15   equitable and injunctive relief. The injunctive relief sought would affect how Vonage

16   bills its subscribers and advertises its services throughout the United States. From

17   Vonage's standpoint, granting the requested relief would necessitate changes to Vonage's

18   marketing and billing practices and would result in additional expense. During the first

19   half of 2007, Vonage spent more than $150,000,000 in connection with marketing.

20        8.     The amount of the monetary damages award sought by the Plaintiff on

21   behalf of himself and the other members of the putative class, coupled with the cost to

22   Vonage of complying with the requested injunctive relief, is in excess of $5,000,000.

23        9.     If called as a witness, I would and could competently testify to all of the

24   foregoing, which is within my personal knowledge, based upon information gathered

25   within the course and scope of my duties as a Regulatory Supervisor for Vonage, or

26   based upon documents in which I reviewed.

27   ///

28   ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

DECLARATION OF RENNARD SNOWDEN IN SUPPORT OF NOTICE OF REMOVAL          CASE NO.

1    I declare under penalty of perjury pursuant to the laws of the United States that the

2    foregoing is true and correct.

3    Executed this _14_ day of September, 2007 at _HOLMDEL_ , New Jersey.

4

5

6    RENNARD SNOWDEN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DECLARATION OF RENNARD SNOWDEN IN SUPPORT OF NOTICE OF REMOVAL                    CASE NO.

**CERTIFICATE OF SERVICE**

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On September 21, 2007, I caused to be served the following document(s):

**DECLARATION OF RENNARD SNOWDEN IN SUPPORT OF NOTICE OF REMOVAL**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐     BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐     BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑     BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐     BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport St., Ste. 4900
Oakland, CA 94621

LAW OFFICES OF
LAWRENCE D. NWAJEI
Lawrence D. Nwajei
5850 Canaga Avenue, Ste. 400
Woodland Hills, CA 91367

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 21, 2007 at San Francisco, California.

CAMELIA SANCHEZ