MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
VONAGE HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC TERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 4907<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br>**[CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendant Vonage Holdings Corp. hereby submits the following Notice of Pendency of Other Action or Proceeding:

On August 15, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL No. 1862, *In re Vonage Marketing and Sales Practices Litigation*. The JPML ordered the transfer of four putative consumer class actions to the United States District Court for the District of New Jersey for centralized pre-trial purposes. The pending cases all involve allegations that Vonage improperly advertised and/or administered its services. Moreover, the factual and legal allegations contained in one of the transferred cases, *Nevelson v. Vonage Holdings Corp.*, No. 07-cv-3908-FLW-TB (D.N.J.) are virtually identical to those contained in this matter.

Defendant is requesting that this action be deemed a "tag-along" and transferred to MDL No. 1862. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request

1  that this Court stay this action, pending its transfer, to achieve the judicial economies that
2  underlie 28 U.S.C. §1407, to avoid conflicts, conserve resources, and promote an
3  efficient determination of the action.

4

5  Dated: September 21, 2007                    DRINKER BIDDLE & REATH

6                                                              */s/ Michael J. Stortz*

7                                                              MICHAEL J. STORTZ
                                                                Attorneys for Defendant
8                                                              VONAGE HOLDINGS CORP.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On September 21, 2007, I caused to be served the following document(s):

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport St., Ste. 4900
Oakland, CA 94621

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

LAW OFFICES OF
LAWRENCE D. NWAJEI
Lawrence D. Nwajei
5850 Canaga Avenue, Ste. 400
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 21, 2007 at San Francisco, California.

*/s/ Camelia Sanchez*
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#389465v1