1  MICHAEL J. STORTZ (State Bar No. 139386)
   BETH O. ARNESE (State Bar No. 241186)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   VONAGE HOLDINGS CORP.
6

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10
   ERIC TERRELL, individually and on       Case No.
11 behalf of all others similarly situated,

12              Plaintiff,                 **CERTIFICATE OF INTERESTED
                                           PARTIES**
13      v.

14 VONAGE HOLDINGS CORP., a Delaware
   Corporation, and DOES 1 through 10,
15
                Defendants.
16

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PURSUANT to Federal Rule of Civil Procedure 7.1 and Northern District of California Local Rule 3-16, the undersigned counsel of record for VONAGE HOLDINGS CORP., certifies that Vonage Holdings Corp. has no parent corporation, and no other publicly held corporation owns 10% or more of the stock of Vonage Holdings Corp. No other persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: September 21, 2007

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
VONAGE HOLDINGS CORP.

**Of Counsel:**
Andrew B. Joseph (not admitted in California)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On September 21, 2007, I caused to be served the following document(s):

**CERTIFICATE OF INTERESTED PARTIES**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport St., Ste. 4900
Oakland, CA 94621

LAW OFFICES OF
LAWRENCE D. NWAJEI
Lawrence D. Nwajei
5850 Canaga Avenue, Ste. 400
Woodland Hills, CA 91367

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 21, 2007 at San Francisco, California.

*Camelia Sanchez* (signature)
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#389465v1