UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC TERRELL, etc.,

        Plaintiff,

   v.

VONAGE HOLDINGS CORP., et al.,

        Defendants.
_____/

Case No. 07-4907 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x )  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(   )  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1   Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2   counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3   date.

Dated: September 28, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California

2