1  MICHAEL J. STORTZ (State Bar No. 139386)
   BETH O. ARNESE (State Bar No. 241186)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   VONAGE HOLDINGS CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC TERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., a Delaware Corporation and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 4907 WHA<br><br>**STIPULATION TO CONTINUE DEADLINE FOR RESPONSIVE PLEADING** |

1  Defendant VONAGE HOLDINGS CORP. files this Stipulation To Extend the Time for Defendants to Respond to Plaintiff's Complaint, as follows:

1. Plaintiff filed his Complaint on July 24, 2007.

2. Defendant removed this case to the Northern District of California on September 21, 2007.

3. Plaintiff stipulates herein to a 60-day extension for Defendant to file responsive motions or pleadings to Plaintiff's Complaint until November 26, 2007. This extension is intended to give the parties sufficient time to obtain transfer of the case to the "In re Vonage Marketing & Sales Practice" MDL, No. 1862.

4. A conditional transfer order ("CTO") was issued on October 5, 2007 by the Judicial Panel on Multidistrict Litigation. The CTO will effectuate the transfer of the instant case to MDL No. 1862.

5. The parties anticipate that a consolidated complaint will be filed in MDL No. 1862. When this case is transferred, the instant complaint likely will be superseded by the consolidated complaint.

IT IS SO STIPULATED.

Dated: October 20, 2007

DRINKER BIDDLE & REATH LLP

_____
BETH O. ARNESE

Attorneys for Defendant
VONAGE HOLDINGS CORP.

Dated: October __, 2007

THE TERRELL LAW GROUP

_____
REGINALD TERRELL

Attorneys for Plaintiff
ERIC TERRELL