

**FILED** NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT -5 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

RECEIVED
OCT 26 2007

WILLIAM T. WALSH
CLERK

IN RE: VONAGE MARKETING AND SALES
PRACTICES LITIGATION
    Eric Terrell v. Vonage Holdings Corp.,
    N.D. California, C.A. No. 3:07-4907

MDL No. 1862

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 15, 2007, the Panel transferred three civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Freda L. Wolfson.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 15, 2007, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 23 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

**IN RE: VONAGE MARKETING AND SALES
PRACTICES LITIGATION**

MDL No. 1862

## INVOLVED COUNSEL LIST (CTO-1)

Donald Chidi Amamgbo
Amamgbo & Associates, PLC
7901 Oakport Street
Suite 4900
Oakland, CA 94621

Lawrence Dumzo Nwajei
Law Offices of Lawrence D. Nwajei
5850 Canaga Avenue
Suite 400
Woodland Hills, CA 91367

Michael James Stortz
Drinker Biddle & Reath LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235

Reginald Von Terrell
Terrell Law Group
223 25th Street
Richmond, CA 94804