**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 2, 2007

US District Court
District of New Jersey
Office of the Clerk
Martin Luther King, Jr. Federal Building
& US Courthouse
PO Box 419
Newark, NJ 07101


RE: CV 07-04907 WHA  ERIC TERRELL-v-VONAGE HOLDINGS CORP.

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.


  Please acknowledge receipt of the above documents on the attached copy of this letter.


    Sincerely,
    RICHARD W. WIEKING, Clerk


    by:  Susan Imbriani
    Case Systems Administrator


Enclosures
Copies to counsel of record