**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 2, 2007

US District Court
District of New Jersey
Office of the Clerk
Clarkson S. Fisher US Courthouse
402 East State St., Room 2020
Trenton, NJ 08608

RE: CV 07-04907 WHA  ERIC TERRELL-v-VONAGE HOLDINGS CORP.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record